FILED
2012 Oct-15 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EMILY MARCUM**          ) | |
| ) | |
|    **Plaintiff,**     ) | |
| ) | |
| **v.**                ) | **CIVIL ACTION NUMBER:** |
| ) | **2:12-CV-02888-AKK** |
| **NATIONAL CREDIT SYSTEMS, INC.,**  ) | |
| **a corporation; WELLINGTON**  ) | |
| **MANOR APARTMENTS, L.P., a**  ) | |
| **partnership; ENGEL REALTY**  ) | |
| **COMPANY, LLC, a limited liability**  ) | |
| **company;**  ) | |
| ) | |
|    **Defendants.**  ) | |

## NOTICE OF SETTLEMENT

Comes now the plaintiff and would state to the Court that the parties have reached a settlement agreement. Upon receipt of settlement funds and execution of a Release, plaintiff will move to dismiss this case with prejudice.

                        /s/ *W. Whitney Seals*
                        W. WHITNEY SEALS,
                        Attorney for Plaintiff

**OF COUNSEL:**
**PATE & COCHRUN, L.L.P.**
P. O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
FACSIMILE: (205) 323-3906
filings@plc-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 15th day of October, 2012, that if the foregoing is electronically filed with the Clerk of the Court using the CM/ECF system, the CM/ECF system will send notification of such filing to the following;

J. RICK WALLIS ATTORNEYS AT LAW, LLC
2107 5th Avenue North
Suite 401-G
Birmingham, Alabama 35203
RW@RickWallisLaw.com

and I hereby certified that if it is not electronically filed I have mailed the foregoing document by U.S. Mail, postage prepaid, to the following:

**NATIONAL CREDIT SYSTEMS, INC.**
C/O C T Corporation System
2 North Jackson St., Ste. 605
Montgomery, AL 36104

                                      /s/ *W. Whitney Seals*
                                      W. WHITNEY SEALS,
                                      Attorney for Plaintiff