# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EMILY MARCUM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **2:12-cv-2888-AKK** |
| **NATIONAL CREDIT SYSTEMS,** ) | |
| **INC., a corporation, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

Consistent with the Plaintiff's Stipulation for Dismissal, doc. 12, this case is hereby **DISMISSED** with prejudice.  Costs taxed as paid.

Done the 30th day of November, 2012.



**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE